ADDIE CORY v. J. B. CORY.

(Filed 20 September, 1933.)

Automobiles C a—Driver turning to right and leaving sufficient room may assume that approaching car will turn to right and avoid collision.

Evidence tending to show that defendant drove his car on the right side of the road and left sufficient room for an approaching car to pass is insufficient to take the case to the jury in an action by a guest in defendant's car for an injury sustained in a collision of the cars, based on defendant's alleged negligence in failing to turn off the highway and drive on the shoulders of the road, the defendant having the right to assume that the driver of the approaching car would turn to his right and avoid the collision, and there being no evidence that the situation was such that defendant was negligent in failing to drive on the shoulders of the road.

APPEAL by plaintiff from *Clement, J.,* at March Term, 1933, of GRAHAM. Affirmed.

This is an action to recover damages for personal injuries suffered by the plaintiff while she was riding in an automobile driven by the defendant, as his guest.

The injuries suffered by the plaintiff were caused by a head-on collision between the automobile in which she was riding and another automobile.

The allegations in the complaint that the collision between the two automobiles was caused by the negligence of the defendant in failing to drive his automobile off the highway, and thus avoiding the collision, were denied in the answer.

At the close of the evidence for the plaintiff, the defendant moved for judgment dismissing the action as upon nonsuit, on the ground that there was no evidence tending to sustain the cause of action alleged in the complaint. The motion was allowed, and plaintiff excepted.

From judgment dismissing the action, the plaintiff appealed to the Supreme Court.

*Moody & Moody for plaintiff.*
*Johnston & Horner for defendant.*

PER CURIAM. All the evidence offered by the plaintiff at the trial of this action showed that when he observed the approaching automobile, the defendant drove his automobile, in which the plaintiff was riding as his guest, on the right side of the highway, leaving ample space for the driver of the approaching automobile to pass in safety. There was no evidence tending to show a situation in which defendant was negligent in failing to drive his automobile off the highway onto the shoulder. He had a right to assume that the driver of the approaching automobile would drive to his right, and thus pass him without a collision. *Shirley v. Ayers,* 201 N. C., 51, 158 S. E., 340. The judgment dismissing the action is

Affirmed.